UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| GREGORY TOMPLAIT | CIVIL ACTION NO. 18-1652 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| SHERIFF RICKY JONES, ET AL. | MAG. JUDGE KAREN L. HAYE |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Gregory Tomplait's claims against Sheriff Ricky Jones, as well as Plaintiff's ostensible conditions-of-confinement claim, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 29th day July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE