UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GREGORY TOMPLAIT** | **CIVIL ACTION NO. 18-1652** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF RICKY JONES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc No. 52] having been considered, together with the written objections [Doc. No. 53] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment [Doc. No. 46] filed by the lone, remaining defendant, Pat Smith, is **GRANTED**, and that plaintiff's remaining claims against said defendant are **DISMISSED, without prejudice** on the merits, but **DISMISSED, with prejudice** for purposes of proceeding in forma pauperis.

MONROE, LOUISIANA, this 24th day of August, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE